SEAN KENNEDY, Respondent, v CHAUDHRY M. ARIF, Defendant. MOTOR VEHICLE ACCIDENT INDEMNIFICATION CORPORATION, Nonparty Appellant. [919 NYS2d 362]—

Under the facts of this case, the Supreme Court properly directed the Motor Vehicle Accident Indemnification Corporation (hereinafter MVAIC) to interpose an answer to the complaint (*see* Insurance Law § 5214; *see generally Tirado v Miller*, 75 AD3d 153 [2010]). MVAIC's contention that the plaintiff's motion should have been denied because he failed to comply with Insurance Law § 5208, is raised for the first time on appeal and, thus, is not properly before this Court (*see Luciano v Our Lady of Sorrows School*, 79 AD3d 705 [2010]; *Spagnole v Staten Is. Univ. Hosp.*, 77 AD3d 816 [2010]; *Matter of Insurance Co. of N. Am. v Kaplun*, 274 AD2d 293, 299-300 [2000]). Rivera, J.P., Dillon, Hall and Roman, JJ., concur.